Central Trust Company of Illinois, successor in trust of Western Trust & Savings Bank, as conservator of the estate of William H. Orendorff, appellant, v. Ulysses G. Orendorff, administrator of the estate of Mary L. Orendorff, et al., appellees.

Bill to have certain shares of corporate stock in possession of respondent, and claimed by him as his property, to belong to the estate of plaintiff's decedent. Decree dismissing bill for want of equity. Appeal from the Circuit Court of Fulton county; the Hon. Robert J. Grier, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed October 21, 1919. *Certiorari* denied by Supreme Court (making opinion final).

Frederick K. Gustin, Burnett M. Chiperfield, Claude E. Chiperfield, Edward C. Craig and Donald B. Craig, for appellant. Mayer, Meyer, Austrian & Platt and Harvey H. Atherton, for appellees.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

Howard Vaughn, appellee, v. W. C. Bates et al., executors of the will of E. W. Bates, and Latham Coal & Mining Company, appellants.

Bill to set aside the sale of shares of corporate stock on ground of fraud. Decree for complainant. Appeal from the Circuit Court of Logan county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed October 21, 1919. *Certiorari* denied by Supreme Court (making opinion final).

James E. Miller and Beach & Trapp, for appellants. McCormick & Murphy, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

Joseph Pierson et al., appellees, v. O. E. Lawyer, appellant.

Action for forcible detainer. Judgment for plaintiffs. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1919. Affirmed. Opinion filed October 21, 1919. Rehearing denied December 29, 1919.

L. E. Stone, for appellant. Conkling & Irwin and John G. Friedmeyer, for appellees.

Mr. Presiding Justice Graves delivered the opinion of the court.